GEOFFREY A. HANSEN
Acting Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MITCHELL,<br><br>Defendant. | Case No. CR 3:18-cr-00085-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE |

    Defendant Kevin Mitchell is set to appear before this Court for a first appearance on a supervised release violation tomorrow, February 23, 2022. Mr. Mitchell will also be released to the Halfway House on that day, and in order to avoid a potential scheduling conflict and to allow the parties time to gather additional information for the Court, the parties respectfully stipulate and request that Mr. Mitchell's hearing be postponed until March 9, 2022, or as soon thereafter as it can be heard. The Probation Officer is available on that day.

IT IS SO STIPULATED.

DATED:                                                            SIGNED:

February 22, 2022
Date

/s/
ROBIN HARRIS
DAVID WARD
Assistant United States Attorneys

February 22, 2022
Date

/s/
GABRIELA BISCHOF
Attorney for Defendant Mitchell

GOOD CAUSE APPEARING, IT IS SO ORDERED.

February 22, 2022
Date

EDWARD M. CHEN
United States District Judge

*US v. Mitchell,* Case No. 3:18-cr-00085-EMC;
[PROPOSED] ORD.                          2